# United States Court of Appeals
## For the First Circuit

No. 21-1460

JOHNSON CONTROLS SECURITY SOLUTIONS, LLC,

Plaintiff, Appellee,

v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 103,

Defendant, Appellant.

**JUDGMENT**

Entered: January 28, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Neil V. McKittrick, Brian D. Lee, Christopher N. Souris